UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
ROBERT SUTTON,                              :     CASE NO. 1:17-cv-233
                                            :
    Plaintiff,                             :
                                            :
vs.                                         :     OPINION AND ORDER
                                            :     [Resolving Doc. 1]
COMMISSIONER SOCIAL SECURITY,               :
                                            :
    Defendant.                             :
                                            :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    On February 5, 2017, Plaintiff Robert Sutton filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny his applications for a period of disability, Disability Insurance Benefits, and Supplemental Security Income.[1] The Court referred the matter to Magistrate Judge Jonathan D. Greenberg.

    On December 8, 2017, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that this Court vacate the Commissioner's final decision and remand the case for further proceedings.[2] On December 15, the Commissioner notified the Court that it does not intend to object to the R&R.[3]

    The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4] Failure to timely object waives a party's right to appeal the magistrate's report.[5] So, where a party does not object to the R&R, a district court may adopt it without review.[6]

---

[1] Doc. 1.
[2] Doc. 14.
[3] Doc. 15.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:17-cv-233
Gwin, J.

Accordingly, in light of the Commissioner's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporates it as if fully restated herein, **VACATES** the Commissioner's final decision, and **REMANDS** the case for further proceedings consistent with Magistrate Judge Greenberg's R&R.

IT IS SO ORDERED.

Dated: December 22, 2017             *s/          James S. Gwin*
                                     JAMES S. GWIN
                                     UNITED STATES DISTRICT JUDGE